# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARLOWE E. PARKER JR.

NO. 2024 KW 0865

DECEMBER 16, 2024

---

In Re:    Marlowe E. Parker Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0453-F-2022.

---

BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include documents from the district court record that would assist with addressing his claims including the bills of information, the criminal court minutes, the guilty plea transcript, and any other pertinent documents from the district court record that might support the claims raised in the writ application. Accordingly, this court cannot adequately review the rulings at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on these issues should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT